ACCEPTED
04-14-00732-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/28/2015 12:07:42 PM
KEITH HOTTLE
CLERK

## NO. 04-14-00732-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** |
| | § | |
| **VS.** | § | **Fourth COURT** |
| | § | |
| | § | **OF APPEALS** |
| **MICHAEL ANGEL SANCHEZ** | § | |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
1/28/2015 12:07:42 PM
KEITH E. HOTTLE
Clerk

### MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Michael Angel Sanchez, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 226th Judicial District Court of Bexar County, Texas.

2. The case below was styled the STATE OF TEXAS vs. Michael Angel Sanchez, and numbered 2011-CR-7301.

3. Appellant was convicted of Aggravated Robbery.

4. Appellant was assessed a sentence on September 15, 2014. Reconsideration on October 15, 2014.

5. Notice of appeal was timely given, October 10, 2014.

6. The clerk's record was filed on November 4, 2014; the reporter's record was filed on November 24 and 25, 2014 .

7. The appellate brief is presently due on January 29, 2015.

8. Appellant requests an extension of time of 90 days.

9. One previous extension to file the brief has been received in this cause.

10. Defendant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

Time to confer with Appellant; review record, undersigned's docket schedule, including but not limited to Cause No. 14-0021-CR-A; State vs. Bennie Bowers; District Court; Guadalupe County Texas (six count, three alleged victims of aggravated sexual assault)-including pretrial memorandums, pretrial conferences and court appearances.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

**Law Offices of James P. Sieloff**
13750 San Pedro Ave. Suite 600
San Antonio, TX 78232
Tele 210.735.1105/Fax 210.546.2115

By: _____
**James P. Sieloff**
State Bar No. 18343600
Attorney for Michael Angel Sanchez

## CERTIFICATE OF SERVICE

This is to certify that on January 28, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Bexar County, 226th District Cpurt, by hand delivery.

_____
James P. Sieloff

**STATE OF TEXAS**                                §

**COUNTY OF BEXAR**                          §
                                                                §

## AFFIDAVIT

**BEFORE ME,** the undersigned authority, on this day personally appeared James P. Sieloff, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

James P. Sieloff
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on January 28 , 2015, to certify which witness my hand and seal of office.

Notary Public, State of Texas

REGINA JESSICA SHIPMAN
Notary Public, State of Texas
My Commission Expires
August 27, 2017